UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRLEY RADABAUGH, | Docket No. 1:17-cv-8657 |
| Plaintiff, | |
| - against - | JURY TRIAL DEMANDED |
| HURRICANE CONSTRUCTION, INC. | |
| Defendant. | |

## COMPLAINT

Plaintiff Shirley Radabaugh ("Radabaugh" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Hurricane Construction, Inc., ("Hurricane" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of Oak Trees, owned a registered by Radabaugh, a professional photographer. Accordingly, Radabaugh seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant transacts business in New York.

4.	Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.	Radabaugh is a professional photographer in the business of licensing her Photograph to online and print media for a fee having a usual place of business at 97 Cape Fox Circle, Aiken, South Carolina 29893.

6.	Upon information and belief, Hurricane is a domestic business corporation duly with a place of business at 1049 Sunset Boulevard, West Columbia, SC 29169. At all times material, hereto, Hurricane has owned and operated a website at the URL: www.HurricaneBuilders.com (the "Website").

## STATEMENT OF FACTS

**A.	Background and Plaintiff's Ownership of the Photograph**

7.	Radabaugh photographed Oak Trees (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.	Radabaugh is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10.	The Photograph is registered with the United States Copyright Office and given registration number VAu 1-231-611.

**B.	Defendant's Infringing Activities**

11.	Hurricane copied the Photograph and ran on the Website. See http://www.hurricanebuilders.com/find-your-home/aiken/. A true and correct copy of the Website with the Photograph is attached hereto as Exhibit B.

12.	Hurricane did not license the Photograph from Plaintiff for its Website, nor did Hurricane have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST HURRICANE)
## (17 U.S.C. §§ 106, 501)

14. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

15. Hurricane infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Hurricane is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

16. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

17. Upon information and belief, the foregoing acts of infringement by Hurricane have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

18. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Hurricane be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of

        Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       November 8, 2017

          LIEBOWITZ LAW FIRM, PLLC

          By: /s/Richard Liebowitz
              Richard P. Liebowitz
          11 Sunrise Plaza, Suite 305
          Valley Stream, New York
          Tel: 516-233-1660
          RL@LiebowitzLawFirm.com

          *Attorneys for Plaintiff Shirley Radabaugh*